

Cir. Motion of respondent for leave to proceed *in forma pau-
peris* granted. Certiorari denied. 

No. 04–1499. FLORIDA *v.* BUSBY. Sup. Ct. Fla. Motion of re-
spondent for leave to proceed *in forma pauperis* granted. Cer-
tiorari denied. 

No. 04–1507. MILLER *v.* UNITED STATES; and

No. 04–1508. COOPER ET AL. *v.* UNITED STATES. C. A. D. C.
Cir. Certiorari denied. JUSTICE BREYER took no part in the
consideration or decision of these petitions. Reported below:
397 F. 3d 964.

No. 04–9498. BLANKENSHIP *v.* HEAD, WARDEN. Sup. Ct. Ga.
Certiorari denied. JUSTICE BREYER would grant the petition for
writ of certiorari.

No. 04–10255. WALLACE *v.* UNITED STATES. C. A. 3d Cir.
Certiorari before judgment denied.

No. 04–294. FOUNTAIN *v.* UNITED STATES, 544 U. S. 1017;

No. 04–8034. OSTER *v.* SUTTON ET AL., 544 U. S. 979;

No. 04–8477. MORALES *v.* CROSBY, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, 544 U. S. 965;

No. 04–8651. PRICE *v.* REID, SUPERINTENDENT, CENTENNIAL
CORRECTIONAL FACILITY, ET AL., 544 U. S. 983;

No. 04–8784. MORRIS *v.* COURT OF APPEALS OF NORTH CARO-
LINA ET AL., 544 U. S. 1002;

No. 04–8802. JUSTICE *v.* JOHNSON, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS, 544 U. S. 1003;

No. 04–8858. YOUNG *v.* SULLIVAN, WARDEN, 544 U. S. 1020;

No. 04–8910. APPLEBY *v.* BUTLER, WARDEN, 544 U. S. 1021;

No. 04–8999. PEREA *v.* BUSH, PRESIDENT OF THE UNITED
STATES, ET AL. (two judgments), 544 U. S. 1005;

No. 04–9041. CHRISTAKIS *v.* MCMAHON, 544 U. S. 1023;

No. 04–9144. PARKS *v.* UNITED STATES, 544 U. S. 1023; and

No. 04–9443. SAID ET UX. *v.* COMMISSIONER OF INTERNAL
REVENUE, 544 U. S. 1025. Petitions for rehearing denied.

No. 04–8498. CARY *v.* SUPREME COURT OF VIRGINIA, 544 U. S.
965. Motion for leave to file petition for rehearing denied.